**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Curtis T. Coaxum Jr. <br> Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 15-15569 elf |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation as servicer for Toyota Lease Trust and index same on the master mailing list.

                  Respectfully submitted,

                  **/s/Rebecca A. Solarz, Esquire**
                  Rebecca A. Solarz, Esquire
                  KML Law Group, P.C.
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106-1532
                  (215) 627-1322 FAX (215) 627-7734