# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Curtis T. Coaxum Jr. | | CHAPTER 13 |
| <u>Debtor</u> | | |
| Toyota Lease Trust | | |
| <u>Movant</u> | | NO. 15-15569 elf |
| vs. | | |
| Curtis T. Coaxum Jr. | | |
| <u>Debtor</u> | | |
| Theresa Marie Coaxum | | 11 U.S.C. Sections 362 and 1301 |
| <u>Co-Debtor</u> | | |
| William C. Miller Esq. | | |
| <u>Trustee</u> | | |

## ORDER TERMINATING AUTOMATIC STAY & CO-DEBTOR STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, it is

**ORDERED**, that the automatic stay and co-debtor stay are hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 TOYOTA CAMRY, VIN: 4T1BF1FK7FU482128 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Order entered by default.**

Date: 2/13/18

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**