United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Curtis T. Coaxum, Jr.  
    Debtor

Case No. 15-15569-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 1    Date Rcvd: Feb 13, 2018
                        Form ID: pdf900    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2018.
```
db             +Curtis T. Coaxum, Jr.,    44 Mockorange Lane,    Levittown, PA 19054-2022
cr            ++FIRST MUTUAL FINANCIAL,    6563 WILSON MILLS RD STE 105,    MAYFIELD VILLAGE OH 44143-3409
                (address filed with court: First Mutual Financial,    6563 Wilson Mills Road,   Suite 105,
                 Mayfield Village, OH  44143)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Feb 14 2018 01:52:38     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 14 2018 01:52:15
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 14 2018 01:52:37     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: resurgentbknotifications@resurgent.com Feb 14 2018 01:47:55     LVNV Funding LLC,
                c/o Resurgent Capital Services,    P.O. Box 10587,    GREENVILLE, SC  29603-0587
                                                                                              TOTAL: 4
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2018 at the address(es) listed below:
```
              KARINA   VELTER     on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              MARTIN A. MOONEY    on behalf of Creditor    Toyota Motor Credit Corporation
               tshariff@schillerknapp.com,    ahight@schillerknapp.com;kcollins@schillerknapp.com
              PAUL H. YOUNG    on behalf of Debtor Curtis T. Coaxum, Jr. support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 7
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Curtis T. Coaxum Jr._<u>Debtor</u>_ | CHAPTER 13 |
| Toyota Lease Trust_<u>Movant</u>_<br>vs. | NO. 15-15569 elf |
| Curtis T. Coaxum Jr._<u>Debtor</u>_<br>Theresa Marie Coaxum_<u>Co-Debtor</u>_ | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq._<u>Trustee</u>_ | |

## ORDER TERMINATING AUTOMATIC STAY & CO-DEBTOR STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, it is

**ORDERED**, that the automatic stay and co-debtor stay are hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 TOYOTA CAMRY, VIN: 4T1BF1FK7FU482128 in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Order entered by default.**

Date:  2/13/18

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**