United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 15-15569-elf
Curtis T. Coaxum, Jr.                                                           Chapter 13
           Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Stacey               Page 1 of 2              Date Rcvd: Mar 14, 2019
                             Form ID: pdf900            Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2019.
db           +Curtis T. Coaxum, Jr.,    44 Mockorange Lane,    Levittown, PA 19054-2022
cr            Wells Fargo Bank, N.A., Default Document Processin,    N9286-01Y, 1000 Blue Gentian Road,
              Eagan, MN  55121-7700
13575144     ++++1ST PROGRESS/1ST EQUITY,    1 TSYS WAY,    COLUMBUS GA  31901-4222
             (address filed with court:   1st Progress/1st Equity,    1600 1st Ave,    Columbus, GA 31901)
13575145     +American Credit Bureau,    3800 S. Congress Ave,    Boynton Beach, FL 33426-8424
13575146     +Capital Bank,   1 Church Street,    Rockville, MD 20850-4190
13575148     +Coml Accept,    2 W Main St,   Shiremanstown, PA 17011-6326
13575149     ++FIRST MUTUAL FINANCIAL,    6563 WILSON MILLS RD STE 105,    MAYFIELD VILLAGE OH 44143-3409
             (address filed with court:   First Mutual Financial,    1100 Mentor Ave,    Painesville, OH 44077)
13575150     +Mohela/dept Of Ed,    633 Spirit Dr,   Chesterfield, MO 63005-1243
13575152     +RBS Citizens Cc,    Attn: Bankruptcy Department,    443 Jefferson Blvd Ms: Rjw-135,
              Warwick, RI 02886-1321
13575153     +RBS Citizens Cc,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
13575156     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court:   Toyota Mtr,    Toyota Financial Services,    Po Box 8026,
              Cedar Rapids, IA 52408)
14100121      Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern  PA 19355-0701
13608151     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
              Addison, TX 75001-9013
13575154     +Toyota Motor Credit Co,    240 Gibraltar Road,    Suite 260,   Horsham, PA 19044-2387
13588378     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13575155      Toyota Mtr,    Toyota Financial Services,    Cedar Rapids, IA 52408
13575157      Toyota Mtr,    Address Not Available,    Atlanta, GA 30309
13575158     +Toyota Mtr,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
13575159     +United Rev,    Po Box 1184,   Langhorne, PA 19047-6184
13672707     +Wells Fargo Bank, N.A.,    P.O. Box 45038 MAC Z3057012,    Jacksonville, FL 32232-5038
13674486      Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y, 1000 Blue Gentian Road,
              Eagan, MN 55121-7700
13575160     +Wells Fargo Bank, NA,    PO Box 2248,   Jacksonville, FL 32203-2248

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Mar 15 2019 03:32:38     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 15 2019 03:31:37
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 15 2019 03:32:16     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/PDF: resurgentbknotifications@resurgent.com Mar 15 2019 03:34:44     LVNV Funding LLC,
              c/o Resurgent Capital Services,    P.O. Box 10587,    GREENVILLE, SC  29603-0587
13670165      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 15 2019 03:35:02
              Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
              Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
13599366      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 15 2019 03:34:44
              LVNV Funding, LLC its successors and assigns as,    assignee of Springleaf Financial,
              Services Of Indiana, Inc.,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
13575151     +E-mail/Text: Bankruptcies@nragroup.com Mar 15 2019 03:33:19     National Recovery Agen,
              2491 Paxton St,    Harrisburg, PA 17111-1036
13607535      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 15 2019 03:31:37
              Pennsylvania Department of Revenue,    Bankruptcy division, P O Box 280946,
              Harrisburg P A 17128-0946
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          ++FIRST MUTUAL FINANCIAL,    6563 WILSON MILLS RD STE 105,    MAYFIELD VILLAGE OH 44143-3409
             (address filed with court:   First Mutual Financial,    6563 Wilson Mills Road,    Suite 105,
              Mayfield Village, OH  44143)
13575147*    +Capital Bank,    1 Church St,   Rockville, MD 20850-4190
13596870*    ++FIRST MUTUAL FINANCIAL,    6563 WILSON MILLS RD STE 105,    MAYFIELD VILLAGE OH 44143-3409
             (address filed with court:   First Mutual Financial,    6563 Wilson Mills Road,    Suite 105,
              Mayfield Village, OH  44143)
                                                                                      TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Mar 14, 2019
                              Form ID: pdf900           Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2019 at the address(es) listed below:
              KARINA  VELTER    on behalf of Creditor   WELLS FARGO BANK, N.A. amps@manleydeas.com
              MARTIN A. MOONEY    on behalf of Creditor    Toyota Motor Credit Corporation
               ahight@schillerknapp.com,
               ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknap
               p.com
              PAUL H. YOUNG    on behalf of Debtor Curtis T. Coaxum, Jr. support@ymalaw.com,
               ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CURTIS T. COAXUM, JR.                                  Chapter 13

                    Debtor                             Bankruptcy No. 15-15569-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: March 13, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020


Debtor:
CURTIS T. COAXUM, JR.

44 MOCKORANGE LANE

LEVITTOWN, PA 19054-